Dennis Arthur **TALBOT, Jr.,**
Plaintiff—Appellant,

v.

**ACME PAPER AND SUPPLY COMPANY, INCORPORATED,** Defendant—Appellee.

No. 05–2119.

United States Court of Appeals, Fourth Circuit.

Submitted March 13, 2006.

Decided March 24, 2006.

Dennis Arthur Talbot, Jr., Appellant Pro Se. Michael Nicholas Petkovich, Jackson Lewis LLP, Vienna, Virginia, for Appellee.

Before WILLIAMS, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dennis Arthur Talbot, Jr., appeals the district court's order granting summary judgment to his employer in his civil action alleging employment discrimination claims under the Americans with Disabilities Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Talbot v. Acme Paper & Supply Co.,* No. CA–04–1567–JFM, 2005 WL 2090699

(D.Md. Aug. 30, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*